Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 16−21487−KCF
        Chapter: 13
        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daniel V. Beatty
   PO Box 394
   Ocean Gate, NJ 08740−0394

Social Security No.:
   xxx−xx−7453

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:     11/10/16
Time:    02:30 PM
Location:  Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Kurt E. Reinheimer, Esq.
Attorney for Debtor

COMMISSION OR FEES
$4,585.50

EXPENSES
$165.25

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: October 3, 2016
JJW:

                    James J. Waldron
                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-21487-KCF
Daniel V. Beatty                                                          Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2             Date Rcvd: Oct 03, 2016
                              Form ID: 137             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2016.
db              Daniel V. Beatty,    PO Box 394,    Ocean Gate, NJ   08740-0394
516231712       Apex Asset Management,    2501 Oregon Pike Ste 210,    Lancaster, PA   17601-4890
516358554      +Assistant Attorney General,    555 4th Street, NW RM 6126,    Washington, DC 20001-2733
516231713       Camy Dental,    211 Atlantic City Blvd,    Bayville, NJ   08721-1216
516249056      +George E. Veitengruber, III, Esq.,    Veitengruber Law LLC,    1720 Route 34, Suite 10,
                 Wall, NJ 07727-3937
516408263      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516231715       Midland Mortgage,    C/O: KML Law Group, P.C.,    216 Haddon Ave Ste 406,
                 Westmont, NJ   08108-2812
516293221      +NJSVS, Surcharge Violation,    POB 4850,    Trenton, NJ 08650-4850
516231716       New Jersey Natural Gas,    PO Box 1464,    Wall, NJ   07719-1464
516231717       State of New Jersey Violation System,    PO Box 4850,    Trenton, NJ   08650-4850
516231718       Verizon,    PO Box 26055,    Minneapolis, MN   55426-0055

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 04 2016 00:55:31     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 04 2016 00:55:28     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516252311       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 04 2016 00:53:55
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK   73124-8848
516374159       E-mail/Text: cio.bncmail@irs.gov Oct 04 2016 00:55:02     Department of the Treasury,
                 Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
516231714      +E-mail/Text: ebn@barnabashealth.org Oct 04 2016 00:55:50     Kimball Medical Center,
                 600 River Ave,    Lakewood, NJ 08701-5281
516358556      +E-mail/Text: usanj.njbankr@usdoj.gov Oct 04 2016 00:55:31     U.S. Attorney's Office,
                 970 Broad Street RM 700,    Newark, NJ 07102-2534
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516358555*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Services,    955 S Springfield Avenue,
                 Springfield, NJ 07081)
516358553*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Services,    PO Box 21126,   Philadelphia, PA 19114)
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 29, 2016 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Defendant    Midland Mortgage/Midfirst dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Oct 03, 2016
                              Form ID: 137             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Kurt E. Reinheimer    on behalf of Plaintiff Daniel V. Beatty kerrein66@comcast.net
         Kurt E. Reinheimer    on behalf of Debtor Daniel V. Beatty kerrein66@comcast.net
                                                                             TOTAL: 6