UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

REINHEIMER & REINHEIMER
2494 Moore Road
Suite 4
TOMS RIVER, NEW JERSEY 08753
(732) 349-4650
Attorneys for Debtor(s)

Order Filed on November 14, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Daniel Beatty

Case No.:     16-21487
Chapter:      13
Judge:        Kathryn C. Ferguson

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through ____2____ is hereby **ORDERED**.

**DATED: November 14, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Kurt E. Reinheimer, Esq._____, the applicant, is allowed a fee of $ _____4585.50_____ for services rendered and expenses in the amount of $_____165.25_____ for a total of $_____4750.75_____ . The allowance shall be payable:

☑  through the Chapter 13 plan as an administrative priority.

❏  outside the plan.

The sum of $ 0.00 needs to be added to your existing plan payments in order to avoid any issues concerning your plan being completed in a timely fashion.  This new plan payment amount should be made unless and until the Trustee advises you of a different amount after he has recalculated same.