| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Case No:    16-21487 KCF |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>Joshua I. Goldman, Esq.<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>jgoldman@kmllawgroup.com<br>dcarlon@kmllawgroup.com<br>Attorneys for the Secured Creditor<br>MidFirst Bank | Chapter:    13<br><br>Hearing Date:<br><br>Judge:  Kathryn C. Ferguson |
| In re:<br>Daniel V. Beatty<br><br>                    Debtor | |

Order Filed on November 29, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Recommended Local Form:    ☐ Followed    ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: November 29, 2016**

*/s/ Kathryn C. Ferguson*
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of  <u>MidFirst Bank</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as Lot , Block ,   340 East Arverne Avenue, Ocean Gate NJ 08740**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

```
                         United States Bankruptcy Court
                               District of New Jersey
```

In re:                                                      Case No. 16-21487-KCF
Daniel V. Beatty                                            Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3       User: admin       Page 1 of 1       Date Rcvd: Nov 30, 2016
                        Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2016.
db          Daniel V. Beatty,     PO Box 394,     Ocean Gate, NJ    08740-0394

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2016                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2016 at the address(es) listed below:
        Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
        Albert    Russo     docs@russotrustee.com
        Denise E. Carlon     on behalf of Creditor     MIDFIRST BANK dcarlon@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        Denise E. Carlon     on behalf of Defendant     Midland Mortgage/Midfirst dcarlon@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        Kurt E. Reinheimer     on behalf of Plaintiff Daniel V. Beatty kerrein66@comcast.net
        Kurt E. Reinheimer     on behalf of Debtor Daniel V. Beatty kerrein66@comcast.net
                                                                                                           TOTAL: 6