**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                              Case No.:  16−21487−KCF
                              Chapter:  13
                              Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daniel V. Beatty
   PO Box 394
   Ocean Gate, NJ 08740−0394

Social Security No.:
   xxx−xx−7453

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/16/16.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 19, 2016
JJW: slf

                                                                                                             James J. Waldron
                                                                                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Daniel V. Beatty
    Debtor

Case No. 16-21487-KCF
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Dec 19, 2016
    Form ID: 148    Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2016.
```
db             Daniel V. Beatty,    PO Box 394,   Ocean Gate, NJ 08740-0394
516231712      Apex Asset Management,    2501 Oregon Pike Ste 210,   Lancaster, PA 17601-4890
516358554     +Assistant Attorney General,    555 4th Street, NW RM 6126,   Washington, DC 20001-2733
516231713      Camy Dental,    211 Atlantic City Blvd,   Bayville, NJ 08721-1216
516249056     +George E. Veitengruber, III, Esq.,    Veitengruber Law LLC,    1720 Route 34, Suite 10,
                Wall, NJ 07727-3991
516408263     +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516231715      Midland Mortgage,    C/O: KML Law Group, P.C.,    216 Haddon Ave Ste 406,
                Westmont, NJ 08108-2812
516293221     +NJSVS, Surcharge Violation,    POB 4850,   Trenton, NJ 08650-4850
516481385     +New Jersey Natural Gas,    1415 Wykoff Rd,   POB 1378,   Wall, NJ 07719-1378
516231716      New Jersey Natural Gas,    PO Box 1464,   Wall, NJ 07719-1464
516231717      State of New Jersey Violation System,    PO Box 4850,   Trenton, NJ 08650-4850
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 19 2016 23:39:15     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 19 2016 23:39:12     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr             EDI: IRS.COM Dec 19 2016 23:23:00     Internal Revenue Service,    PO Box 7346,
                Philadelphia, PA 19101-7346
516252311      EDI: AIS.COM Dec 19 2016 23:23:00     American InfoSource LP as agent for,
                T Mobile/T-Mobile USA Inc,   PO Box 248848,   Oklahoma City, OK 73124-8848
516231714     +E-mail/Text: ebn@barnabashealth.org Dec 19 2016 23:39:32     Kimball Medical Center,
                600 River Ave,   Lakewood, NJ 08701-5281
516358556     +E-mail/Text: usanj.njbankr@usdoj.gov Dec 19 2016 23:39:15     U.S. Attorney's Office,
                970 Broad Street RM 700,   Newark, NJ 07102-2534
516231718      EDI: VERIZONWIRE.COM Dec 19 2016 23:23:00     Verizon,    PO Box 26055,
                Minneapolis, MN 55426-0055
                                                                                             TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516374159*     Department of the Treasury,    Internal Revenue Service,    P.O. Box 7346,
                Philadelphia, PA 19101-7346
516358555*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Services,    955 S Springfield Avenue,
                Springfield, NJ 07081)
516358553*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Services,    PO Box 21126,   Philadelphia, PA 19114)
516467813*    +IRS,   POB 7346,   Philadelphia, PA 19101-7346
                                                                                TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2016                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Dec 19, 2016
                              Form ID: 148             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2016 at the address(es) listed below:
           Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
           Albert   Russo    docs@russotrustee.com
           Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
           Denise E. Carlon    on behalf of Defendant    Midland Mortgage/Midfirst dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
           Kurt E. Reinheimer    on behalf of Plaintiff Daniel V. Beatty kerrein66@comcast.net
           Kurt E. Reinheimer    on behalf of Debtor Daniel V. Beatty kerrein66@comcast.net
                                                            TOTAL: 6